### DUNCAN et al. v. STATE. (No. 9717.)

(Court of Criminal Appeals of Texas. Oct. 20, 1926.)

Criminal law ⊕1133—Request to file second motion for rehearing, presenting no new question, will be denied.

Request to file second motion for rehearing, presenting question as to sufficiency of evidence to support conviction, which was only question presented on first rehearing, presents no new question, and request will be denied.

Appeal from District Court, Angelina County.

On request for permission to file second motion for rehearing. Motion denied.

For former opinion, see 284 S. W. 954.

HAWKINS, J. Appellants request permission to file a second motion for rehearing in which the only question raised is the sufficiency of the evidence to support the conviction. This was the only question presented or considered on original submission and upon the first rehearing. The effect of the motion only challenges the correctness of our conclusion twice heretofore announced. No new question is presented. Hickman v. State, 93 Tex. Cr. R. 407, 247 S. W. 518; Calley v. State, 103 Tex. Cr. R. 53, 279 S. W. 848.

The request to file second motion is denied.